**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GRACE NORIEGA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 24-CV-167 |
| | § | |
| WALMART INC. | § | JURY DEMANDED |

**INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION**

A. Plaintiff's Original Petition.
B. Return of Service and Citation.
C. Defendant's Original Answer to Plaintiff's Original Petition.
D. Defendant's Demand for Jury Trial.
E. Rule 11 Agreement.
F. Register of Actions.
G. List of Counsel of Record.

# EXHIBIT A

FILED
12/7/2023 3:56 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Victoria Angeles
Bexar County - 288th District Court

cit pps sac 2

CAUSE NO. 2023CI25898

| | | |
|---|---|---|
| **GRACE NORIEGA,** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **V.** | § | **____ JUDICIAL DISTRICT** |
| | § | |
| **WALMART, INC. ,** | § | |
| *Defendants.* | § | |
| | § | **BEXAR COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, GRACE NORIEGA, hereinafter referred to by name or as PLAINTIFF, and files this her Original Petition, complaining of WALMART, INC., hereinafter referred to by name or as DEFENDANT and, on information and belief, states as follows:

## I.
## DISCOVERY LEVEL

1. Discovery shall be conducted in this case according to Level III discovery control plan.

## II.
## PARTIES/SERVICE

2. Plaintiff GRACE NORIEGA is a resident of the State of Texas residing in Bexar County, Texas.

3. Defendant WALMART, INC. is a corporation organized and operating under the laws of Texas. Their registered agent is CT Corporation Systems, 1999 Bryan St. Suite 900, Dallas, Texas 75201-3136, or wherever they may be found.

## III.
## JURISDICTION AND VENUE

4. Venue is proper in Hidalgo County, Texas, pursuant to §15.002(3) of the TEXAS CIVIL PRACTICE & REMEDIES CODE because the defendant is located in Bexar County, Texas.

5. This Court has jurisdiction over the parties named herein because Defendants are residents and citizens of the State of Texas and/or routinely and regularly conduct business in this State.

6. This is a cause of action for money damages within this Court's jurisdiction.

7. Pursuant to Rule 47 of the TEXAS RULES OF CIVIL PROCEDURE, Plaintiffs seek monetary relief IN EXCESS OF ONE MILLION DOLLARS and which is in excess of the minimum jurisdictional limits and a demand for judgment for all the other relief to which Plaintiffs deem themselves justly entitled at the time of filing this suit, which, with the passage of time may change and is within the Court's jurisdictional limits.

## IV.
## FACTS

8. On or about May 3, 2021, Plaintiff GRACE NORIEGA was an invitee of DEFENDANT and was injured at the Walmart located at 1515 N. Loop 1604 E., San Antonio, Texas when, while looking at merchandise in an aisle when suddenly, and without warning, fire logs that had been stacked on the top shelf, rolled off and struck her in the head. The fire logs had been improperly and unsafely stacked such that they would be likely to roll off and strike passeryby. The stacking of the fire logs constituted a dangerous condition which DEFENDANT knew of or should have discovered in the course of reasonably diligent investigation. As a direct and proximate result, Plaintiff suffered personal injuries for which she now sues.

## V.

## NEGLIGENCE, GROSS NEGLIGENCE AND PREMISES LIABILITY OF DEFENDANT

9. The Plaintiff hereby incorporate the factual assertions contained in paragraph 8.

*NEGLIGENCE*

10. As to the DEFENDANT, PLAINTIFF hereby alleges that they were negligent and that such negligence was the proximate cause of the injuries suffered by PLAINTIFF.

11. Defendant was negligent in one or more of the following respects:

a. Inviting PLAINTIFF onto the premises with actual or constructive knowledge that an unreasonably dangerous condition existed;

b. Was aware of the unreasonably dangerous condition and failed to take the reasonable and necessary steps to eliminate the dangers;

c. Failing to properly maintain the premises in proper working order;

d. Failing to monitor the premises for such conditions;

e. Failing to protect its invitees against known dangerous conditions or conditions that in the exercise of reasonable diligence should have been discovered; and,

f. Failing to warn PLAINTIFF of the potential danger.

*GROSS NEGLIGENCE AND MALICE*

12. DEFENDANT'S negligent conduct was more than momentary thoughtlessness or inadvertence. Rather, DEFENDANT'S conduct involved an extreme degree of risk, considering the probability and magnitude of the potential harm to PLAINTIFF. DEFENDANT had actual, subjective awareness of the risk involved but, nevertheless, proceeded in conscious indifference to the rights, safety, or welfare of PLAINTIFF or others similarly situated.

13. The acts and/or omissions by DEFENDANT outlined in Paragraphs 8-11 constitute malice and/or gross negligence as that term is defined in §§ 41.001(7) and 41.001(11) CIVIL PRACTICE & REMEDIES CODE. Defendants were heedless and reckless, constituting an extreme degree of risk, considering the probability and magnitude of the potential harm to others, and

Defendants were aware of the risk but nevertheless proceeded with conscious indifference to the rights, safety, and welfare of others, including Plaintiffs.

14. The above acts and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting injuries and damages sustained by PLAINTIFF.

15. Therefore, for such gross negligence and malice on behalf of DEFENDANT, PLAINTIFF sues for exemplary damages in an amount to be determined at trial.

16. Each of these acts and/or omissions, whether taken singularly or in any combination constitutes negligence, negligence per se, gross negligence and malice which proximately caused the wrongful and other losses to PLAINTIFF, all of which PLAINTIFF suffered and will continue to suffer in the future, if not for the remainder of their natural life.

*PREMISES LIABILITY*

17. The facts as outlined above created a dangerous condition on the premises under the control of DEFENDANT and such dangerous conditions was known or should have been known to the Defendant. The Defendant was the owner/occupiers in control of the premises where Plaintiff was injured and had a duty to the Plaintiff to make the premises safe or warn of dangerous conditions, a duty which they failed.

18. The Dangerous condition of having discarded and slippery produce on the floor with no posted warnings caused serious injuries to the Plaintiff.

## VIII.
## DAMAGES

19. As a direct and proximate result of the collision and the negligent conduct of the DEFENDANT, Plaintiff GRACE NORIEGA, incurred injuries to his head, back, spine, and body generally. Such injuries are permanent and severe in nature. PLAINTIFF sues in every capacity

and for every element of damages to which they are entitled by reason of the matters made the basis of this suit.

**DAMAGES – GRACE NORIEGA**
**Pursuant to Texas Civil Practice & Remedies Code §71.002**

20. As a direct and proximate cause of the failure of the handrail referred to above, Plaintiff GRACE NORIEGA was injured when he fell and seeks the following damages:

a) Pain and suffering in the past;

b) Pain and suffering in the future;

c) Mental anguish in the past;

d) Mental anguish in the future;

e) Past medical expenses;

f) Future medical expenses;

g) Physical impairment in the past;

h) Physical impairment in the future;

i) Physical disfigurement in the past;

j) Physical disfigurement in the future;

k) Loss of past wages;

l) Loss of future wages; and,

m) Loss of wage-earning capacity.

21. For each of the foregoing, Plaintiff seeks damages in an amount within the Court's jurisdictional limits.

**IX.**
**EXEMPLARY DAMAGES**

22. Plaintiff hereby incorporates each of the foregoing paragraphs herein as if set

forth in full in this section.

23. The above-referenced acts and/or omissions by Defendants constitute malice as that term is defined in Section 41.001(7)(B) Texas Civil Practice and Remedies Code. Defendants were heedless and reckless, constituting an extreme degree of risk, considering the probability and magnitude of the potential harm to others, and Defendants were aware of the risk but nevertheless proceeded with conscious indifference to the rights, safety, and welfare of others, including Plaintiffs. The above acts and/or omissions were singularly and cumulatively the proximate cause of the occurrence in question and the resulting injuries and damages sustained by Plaintiffs.

24. Defendants' acts or omissions described above, when viewed from the standpoint of Defendants at the time of the act or omission, involved an extreme degree of risk, considering the probability of harm to Plaintiffs and others. Defendants had actual, subjective awareness of the risk involved of the above-described acts or omissions, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiffs and others. Therefore, for such malice on behalf of Defendants, Plaintiffs sue for exemplary damages in an amount to be determined at trial.

## X. INTEREST

25. Plaintiffs seek pre-judgment and post-judgment interest as allowed by law.

## XI. DEMAND FOR JURY TRIAL

26. Plaintiffs demand a trial by jury. Plaintiffs acknowledge payment this date of the required jury fee.

## XII. NOTICE OF SELF-AUTHENTICATION

27. Pursuant to RULE 193.7 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant is hereby noticed that the production of any document in response to written discovery authenticates the document for use against that party in any pretrial proceeding or at trial.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff GRACE NORIEGA respectfully request DEFENDANT be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against the Defendant, for actual damages, compensatory damages, and exemplary damages, in an amount to be determined by a jury to be fair and reasonable, within the jurisdictional limits of this Court; together with pre-judgment interest (from the date of injury through the date of judgment) at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

CARABIN & SHAW, PC
875 E. Ashby Pl., Suite 1100
San Antonio, Texas 78212
P: 210-222-2288
F: 210-222-1480

By: ______________________
Grant Caswell Fisher
State Bar № 24124959
E-mail: gfisher@carabinshaw.com
**ATTORNEY FOR PLAINTIFF**

# EXHIBIT B

FILED
1/22/2024 5:11 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Tammy Williams
Bexar County - 288th District Court

# RETURN OF SERVICE

**State of Texas** **County of Bexar** **288th District Court**

Case Number: 2023CI25898

Plaintiff:
**GRACE NORIEGA**

vs.

Defendant:
**WALMART, INC**

Received by Scott W Hickman on the 17th day of January, 2024 at 2:59 pm to be served on **WALMART, INC. BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEMS, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**.

I, Scott W Hickman, do hereby affirm that on the **19th day of January, 2024** at **10:10 am, I:**

Served an authorized agent by delivering a true copy of the **CITATION / PLAINTIFF'S ORIGINAL PETITION /** with the date and hour of service endorsed thereon by me, to: **GEORGE MARTINEZ** as **INTAKE SPECIALIST** at the address of: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201** on behalf of **WALMART, INC. BY SERVING ITS REGISTERED AGENT: CT CORPORATION SYSTEMS**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and I am not a party to the suit. I am an authorized process server, in good standing, in the jurisdiction in which this service was made. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"My name is Scott W. Hickman my date of birth is 2/1/1983 and my address is 2310 N. Henderson Avenue, #632, Dallas, Dallas County, TX 75206. I declare under penalty of perjury that the foregoing is true and correct. Executed in Dallas County, State of Texas on the 22 Day of January, 2024, Scott W. Hickman declarant."

[signature]

**Scott W Hickman**
PSC-616, Exp 6/30/2025

**Pronto Process**
**1406 W Salinas**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2024000707

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2t

Copy from re:SearchTX

PRIVATE PROCESS

**Case Number: 2023CI25898**

Grace Noriega VS Walmart, Inc.
(Note: Attached Document May Contain Additional Litigants)

IN THE **288TH DISTRICT COURT**
BEXAR COUNTY, TEXAS

**CITATION**

"THE STATE OF TEXAS"

Directed To: **Walmart, Inc.**
**BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEMS**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **Original Petition** was filed **on this the 7th day of December, 2023.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT **on this the 8th day of December, 2023.**

**GRANT CASWELL FISHER**
**ATTORNEY FOR PLAINTIFF**
**875 East Ashby Place, Suite 1100**
**San Antonio TX 78212**

DISTRICT COURT OF BEXAR COUNTY, TEXAS

**Gloria A. Martinez**
**Bexar County District Clerk**
**101 W. Nueva, Suite 217**

**San Antonio, Texas 78205**
**By: /s/ Rosa Aguilera-Rodriguez**
**Rosa Aguilera-Rodriguez, Deputy**

---

**GRACE NORIEGA VS WALMART, INC.**

**Case Number: 2023CI25898**
**288th District Court**

## Officer's Return

I received this CITATION on the ______ day of _________, 20_______ at ________ o'clock ___M. and ( ) executed it by delivering a copy of the CITATION with attached **ORIGINAL PETITION** the date of delivery endorsed on it to the defendant ______________________________________ in person on the _______ day of ____________, 20____ at __________ o'clock ____ M.

at ______________________________________________ City__________________________ State_______ Zip___________

or ( ) not executed because ______________________________________________________.

Fees: ____________________ Badge/PPS #: ________________ Date certification expires: __________________________

________________________________________ County, Texas

BY:_______________________________________________

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS __________________________________________________

___________________________________________________
**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is ___________________________________________, my date of birth is ___________________________________, and my address is ____________________________________________________________ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in ______________________________________ County, State of Texas, on the ____________ day of ____________________, A.D., __________.

_____________________________________________________
**Declarant**

Copy from re:SearchTX

# EXHIBIT C

FILED
2/16/2024 3:05 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patrick Gordon
Bexar County - 288th District Court

NO.: 2023-CI-25898

| | | |
|---|---|---|
| GRACE NORIEGA, *Plaintiff* | § § § | IN THE DISTRICT COURT |
| VS. | § | 288TH JUDICIAL DISTRICT |
| WALMART, INC. *Defendant* | § § § | BEXAR COUNTY, TEXAS |

**DEFENDANT, WALMART INC.'S**
**ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WALMART INC., incorrectly named WALMART, INC., Defendant in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's Original Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendant asserts denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said Petition, and demand strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendant asserts that if Plaintiff suffered injuries as a result of the incident made the basis of this lawsuit, which Defendant expressly denies by the filing of this pleading, that said injuries were caused in whole or in part by Plaintiff's own negligence or responsibility. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

III.

Pleading further and without waiving the foregoing, Defendant asserts that Plaintiff's recovery of medical or health care expenses, if any, is limited to the amount actually paid or incurred by or on behalf of Plaintiff. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available to it pursuant to §41.0105 of the Texas Civil Practices and Remedies Code.

IV.

For further answer, Defendant asserts the limitations on exemplary damages set for in section 41.008 of the Texas Civil Practices and Remedies Code.

V.

For further answer, Defendant would show that Plaintiff has failed to provide evidence of gross negligence on the part of Defendant in this matter; specifically he has failed to provide any evidence showing that Defendant was "consciously indifferent" and Defendant's conduct "created an extreme degree of risk."

VI.

Pleading further and without waiving the foregoing, Defendant specifically reserves the right to amend this Answer, as is its right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, Defendant, WALMART INC. prays that Plaintiff take nothing by this lawsuit, and that Defendant be allowed to go hence without day and recover all of its costs and attorneys' fees, and such other and further relief, both special and general, at law or in equity, to which it may show itself justly entitled.

Respectfully submitted,

DAW & RAY, LLP

*James K. Floyd*

James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN:24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT, WALMART INC.**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the TRCP on this the 16th day of February 2024.

Grant Caswell Fisher
Carabin & Shaw, PC
875 E. Ashby Pl., Suite 1100
San Antonio, Texas 78212
**ATTORNEY FOR PLAINTIFF**

*James K. Floyd*
James K. Floyd

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JANICE DELGADO on behalf of James Floyd
Bar No. 24047628
jdelgado@dawray.com
Envelope ID: 84613609
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: WALMART INC.
Status as of 2/16/2024 4:08 PM CST

Associated Case Party: Grace Noriega

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Grant Fisher | | gfisher@carabinshaw.com | 2/16/2024 3:05:51 PM | SENT |

Associated Case Party: Walmart, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James KFloyd | | jfloyd@dawray.com | 2/16/2024 3:05:51 PM | SENT |
| Elizabeth W.Yancy | | eyancy@dawray.com | 2/16/2024 3:05:51 PM | SENT |
| Lindsey Rish | | lrish@dawray.com | 2/16/2024 3:05:51 PM | SENT |
| William E.Pope | | wpope@dawray.com | 2/16/2024 3:05:51 PM | SENT |

# EXHIBIT D

FILED
2/16/2024 3:05 PM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Patrick Gordon
Bexar County - 288th District Court

NO.: 2023-CI-25898

| | | |
|---|---|---|
| GRACE NORIEGA,<br>*Plaintiff* | §<br>§ | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 288TH JUDICIAL DISTRICT |
| | § | |
| WALMART, INC.<br>*Defendant* | §<br>§ | BEXAR COUNTY, TEXAS |

**DEFENDANT'S JURY DEMAND**

COMES NOW, WALMART INC., incorrectly named WALMART, INC., Defendant herein and, pursuant to the applicable Rules of the Texas Rules of Civil Procedure, hereby formally makes this demand and application for a jury trial in this litigation. Defendant tenders the jury fee contemporaneously with the filing of this jury demand which it may show itself justly entitled.

Respectfully submitted,

DAW & RAY, LLP

*James K. Floyd*

James K. Floyd; SBN:24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN:24098642
Email: eyancy@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT,
WALMART INC.**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record in accordance with the TRCP on this the 16th day of February 2024.

Grant Caswell Fisher
Carabin & Shaw, PC
875 E. Ashby Pl., Suite 1100
San Antonio, Texas 78212
**ATTORNEYS FOR PLAINTIFF**

*James K. Floyd*
James K. Floyd

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JANICE DELGADO on behalf of James Floyd
Bar No. 24047628
jdelgado@dawray.com
Envelope ID: 84613609
Filing Code Description: ORIGINAL ANSWER OF
Filing Description: WALMART INC.
Status as of 2/16/2024 4:08 PM CST

Associated Case Party: Walmart, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James KFloyd | | jfloyd@dawray.com | 2/16/2024 3:05:51 PM | SENT |
| Elizabeth W.Yancy | | eyancy@dawray.com | 2/16/2024 3:05:51 PM | SENT |
| Lindsey Rish | | lrish@dawray.com | 2/16/2024 3:05:51 PM | SENT |
| William E.Pope | | wpope@dawray.com | 2/16/2024 3:05:51 PM | SENT |

Associated Case Party: Grace Noriega

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Grant Fisher | | gfisher@carabinshaw.com | 2/16/2024 3:05:51 PM | SENT |

# EXHIBIT E

FILED
1/31/2024 8:59 AM
Gloria A. Martinez
Bexar County District Clerk
Accepted By: Tammy Williams
Bexar County - 288th District Court

Daw & Ray
A LIMITED LIABILITY PARTNERSHIP

Willie Ben Daw, III*
James L. Ray*
Kyle D. Giacco
Jaime A. Drabek
C. Thomas Valentine, Jr.*
James K. Floyd
Thomas W. Demary
Ricardo G. Benavides
John P. Venzke
Stewart K. Smith*
Mahsa Tajipour
Elizabeth W. Yancy
Suleha F. Shaikh
Maria C. Diaz

*Board Certified,
Personal Injury
Trial Law, Texas Board of
Legal Specialization

www.dawray.com

Attorneys at Law
5718 Westheimer, Suite 1400
Houston, Texas 77057
713.266.3121 / 713.266.3188

San Antonio Office:
Pacific Plaza
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
210.224.3121 / 210.224.3188

South Texas Office:
3900 N. 10th Street, Suite 950
McAllen, Texas 78501
956.687.3121 / 956.686.3188

Dallas/Ft. Worth Office:
702 Houston St., Suite 167
Ft. Worth, Texas 76102
817.509.6635 /817.509.7727

Byron K. Shaw
Manita L. Willingham
Andrew J. Kachnik
Kristen Baker
William Kalei Kuaiwa, III
Rana D. Robinson
Hayden E. Anthony
Patrick R. Wall
Kirsten E. Kraus
William E. Pope

Andrew B. Thigpen
1965-1998

January 30, 2024

Grant Caswell Fisher
Carabin & Shaw, PC
875 E. Ashby Pl., Suite 1100
San Antonio, Texas 78212

Email: gfisher@carabinshaw.com

RE: Cause No. 2023CI25898; *Grace Noriega v. Wal-Mart, Inc.*; In the 288th Judicial District Court of Bexar County, Texas
Daw File #400-906

Counsel:

We have been retained by Walmart to represent Walmart Inc. (hereinafter "Walmart") in the above-referenced matter. It is our understanding that Walmart was served with Plaintiff's Original Petition on January 19, 2024, making Walmart's deadline to file any responsive pleadings to said petition February 12, 2024.

We have also been advised by Walmart that they want us to seek an extension in the deadline for filing Walmart's responsive pleadings in this matter so that Walmart Claims Services can continue efforts to try to resolve this matter directly with you and your client. In that regard, we respectfully request a one-week extension from February 12, 2024, to file any responsive pleadings to Plaintiff's Original Petition in order to continue settlement negotiations regarding this matter.

Therefore, under this Rule 11 Agreement, Walmart's deadline to file any responsive pleadings to Plaintiff's Original Petition is February 19, 2024. If you are in agreement, please sign/date at the space provided below and return the executed agreement to me *via* email jfloyd@dawray.com.

We appreciate your prompt attention to the above and if there is anything you would like to discuss, please do not hesitate to contact me at our San Antonio offices.

Sincerely,

*James K. Floyd*
James K. Floyd

JKF/jd

**AGREED TO**

CARABIN & SHAW, PC

[signature]
Grant Caswell Fisher

Date: 1/30/2024

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

JANICE DELGADO on behalf of James Floyd
Bar No. 24047628
jdelgado@dawray.com
Envelope ID: 83975806
Filing Code Description: RULE 11 AGREEMENT
Filing Description:
Status as of 1/31/2024 3:16 PM CST

Associated Case Party: Grace Noriega

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Grant Fisher | | gfisher@carabinshaw.com | 1/31/2024 8:59:11 AM | SENT |

Associated Case Party: Walmart, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth W.Yancy | | eyancy@dawray.com | 1/31/2024 8:59:11 AM | SENT |
| Lindsey Rish | | lrish@dawray.com | 1/31/2024 8:59:11 AM | SENT |
| William E.Pope | | wpope@dawray.com | 1/31/2024 8:59:11 AM | SENT |
| James KFloyd | | jfloyd@dawray.com | 1/31/2024 8:59:11 AM | SENT |

# EXHIBIT F

**288th District Court**

# Case Summary

**Case No. 2023CI25898**

| | | | |
|---|---|---|---|
| **Grace Noriega VS Walmart, Inc. ET AL** | § | Location: | **288th District Court** |
| | § | Judicial Officer: | **288th, District Court** |
| | § | Filed on: | **12/07/2023** |

## Case Information

Case Type: PREMISES

Case Status: **12/07/2023 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2023CI25898 |
| Court | 288th District Court |
| Date Assigned | 12/07/2023 |
| Judicial Officer | 288th, District Court |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Noriega, Grace** | **FISHER, GRANT CASWELL** ***Retained*** |
| **Defendant** | **WALMART INC.** | **FLOYD, JAMES** ***Retained*** |
| | **Walmart, Inc.** | |

## Events and Orders of the Court

| | |
|---|---|
| 12/07/2023 | New Cases Filed (OCA) |
| 12/07/2023 | PETITION |
| 12/08/2023 | **Citation**<br>Walmart, Inc.<br>Served: 01/19/2024 |
| 01/22/2024 | RETURN OF SERVICE - SUCCESSFUL<br>*WALMART, INC* |
| 01/31/2024 | RULE 11 AGREEMENT |
| 02/16/2024 | ORIGINAL ANSWER OF<br>*WALMART INC.* |
| 02/16/2024 | JURY DEMAND JURY FEE PAID |

# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GRACE NORIEGA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 24-CV-167 |
| | § | |
| WALMART INC. | § | JURY DEMANDED |

**LIST OF COUNSEL OF RECORD**

Grant Caswell Fisher; SBN: 24124959
CARABIN & SHAW, PC
875 E. Ashby Pl., Suite 1100
San Antonio, Texas 78212
Email: gfisher@carabinshaw.com
(210) 222-2288 Telephone
(210) 222-1480 Fax
**ATTORNEYS FOR PLAINTIFF,**
**GRACE NORIEGA**

2. James K. Floyd; SBN: 24047628
Email: jfloyd@dawray.com
Elizabeth W. Yancy; SBN: 24098642
Email: eyancy@dawray.com
DAW & RAY, LLP
14100 San Pedro, Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Fax
**ATTORNEYS FOR DEFENDANT,**
**WALMART INC.**